IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER ERNEST CHAVEZ,

    Petitioner,               No. CIV S-08-2084 GGH P

    vs.

K. MENDOZA-POWERS,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis. Petitioner, convicted in San Francisco County Superior Court of second degree murder and serving a 15-year-to-life term, is currently incarcerated at Avenal State Prison.[1] Petitioner challenges a parole denial at a subsequent parole consideration hearing in 2006. Avenal State Prison is located in Kings County which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d).

        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

---

[1] The respondent in this action is "the state officer having custody of" petitioner. Stanley v. Cal. Supreme Court, 21 F.3d 359, 360 (9th Cir.1994); Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992) ("A custodian 'is the person having a day-to-day control over the prisoner. That person is the only one who can produce 'the body' of the petitioner.")

1

1 | the proper division of a court may, on the court's own motion, be transferred to the proper
2 | division of the court.  Therefore, this action will be transferred to the Fresno Division of the
3 | court.  This court will not rule on petitioner's request to proceed in forma pauperis.
4 |      Good cause appearing, IT IS HEREBY ORDERED that:
5 |      1. This court has not ruled on petitioner's request to proceed in forma pauperis;
6 |      2. This action is transferred to the United States District Court for the Eastern
7 | District of California sitting in Fresno; and
8 |      3. All future filings shall reference the new Fresno case number assigned and
9 | shall be filed at:

     United States District Court
     Eastern District of California
     2500 Tulare Street
     Fresno, CA 93721

DATED: 10/17/08

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
chav2084.109

2