# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER ERNEST CHAVEZ, ) | 1:08-CV-01559 AWI SMS HC |
| ) | Appeal No. 09-16344 |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER APPOINTING FEDERAL |
| ) | DEFENDER |
| ) | |
| K. MENDOZA-POWERS, Warden, ) | |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on appeal to the Ninth Circuit Court of Appeals.

On January 20, 2011, the Ninth Circuit issued an order appointing counsel on appeal and directing the district court to locate appointed counsel. Pursuant to Ninth Circuit's order, IT IS HEREBY ORDERED that the Federal Defender is APPOINTED to represent Petitioner. The Federal Defender is DIRECTED to notify the Clerk of the Ninth Circuit of the name, address, and telephone number of counsel within fourteen (14) days of the date of service of this Order. The Clerk of this Court is DIRECTED to serve a copy of this Order on the Federal Defender and the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: February 18, 2011

CHIEF UNITED STATES DISTRICT JUDGE